USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MOHAMMAD OMAR FAROQUE,

                Plaintiff,     19 Civ. 10608 (VM)

   - against -

LENOX ROOM CORP. ET AL.

                Defendants.
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action since November 15, 2019, at which time the case was transferred to the undersigned. Defendants were served on October 21, 2019. To date, no answer has been filed on the Docket. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to advise the Court by March 6, 2020 of their contemplation with regard to further prosecution of this action. In the event no timely response to this Order is submitted by that date the Court may dismiss the complaint without further notice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
           18 February 2020

                                    Victor Marrero
                                    U.S.D.J.