```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MOHAMMAD OMAR FAROQUE,              :
                                    :    19 Civ. 10608 (VM)
                                    :
              Plaintiff,            :
                                    :    ORDER
     - against -                    :
                                    :
LENOX ROOM CORP., et al.,           :
                                    :
              Defendants.           :
-----------------------------------X
```

**VICTOR MARRERO**, **United States District Judge.**

A review of the Docket Sheet for the above-captioned matter indicates that there has been no record of any proceedings or filings of any papers with the Court since March 6, 2020, at which time, in response to the Court's Order requesting a status update (see Dkt. No. 12), plaintiff advised the Court that the plaintiff intended to proceed with the matter. The Court has no record of any correspondence related to this case since then.

Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court, within thirty (30) days of the date of this Order, concerning the status of this action and plaintiff's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without

further notice for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         2 June 2020

                                                    Victor Marrero
                                                       U.S.D.J.