# The Law Office of
## SALVATORE D. COMPOCCIA
### Seven Penn Plaza
### New York, New York 10001
Tel: **(212)** 323-6999; Facsimile: (212) 564-1320
*Email: compoccia@aol.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 17, 2020

December 16, 2020

Hon. Victor Marrero
United States District Court
Southern District of New York
New York, New York 10007

<u>Re: **Faroque v. Lenox Room Corp. et.al**</u>
<u>**Case No. 19-cv-10608-VM**</u>

Dear Hon. Judge Marrero:

I represent the Plaintiff Mohammad Omar Faroque in the above referenced matter. I am writing your Honor regarding the Initial Conference scheduled for December 18, 2020.

Pursuant to previous e-mail correspondence with your law clerk, Komal S. Patel, I am requesting a brief adjournment of the initial conference. I make this request due to a pressing family matter that required me to be outside of New York and my office for the last two and one-half weeks and as a result, opposing counsel and I have not prepared the required joint letter and proposed management plan/scheduling order. Opposing counsel, Stephen Hans, and I have also engaged in settlement discussions and we have discussed utilizing the time for the requested adjournment to continue to try and settle the matter.

I have discussed this adjournment request with opposing counsel, and he is in agreement with the instant adjournment request.

We request a January date.

Very Truly Yours,

s/c
Salvatore Compoccia
Attorney for Plaintiff
Mohammad Omar Faroque



Request **GRANTED.** The initial conference is hereby adjourned to January 29, 2021 at 2:00 p.m.

SO ORDERED.
December 17, 2020
DATE                          VICTOR MARRERO, U.S.D.J.