```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MOHAMMAD OMAR FAROQUE,                  :
                                        :
                    Plaintiff,          :
                                        :     19 Civ. 10608 (VM)
      - against -                       :          ORDER
                                        :
LENOX ROOM CORP., et al.,               :
                                        :
                    Defendants.         :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 28, 2021

VICTOR MARRERO, United States District Judge.

The conference currently scheduled for Friday, January 29, 2021 at 2:00 p.m. is hereby canceled. The joint letter and case management plan that the Court previously directed the parties to submit (see Dkt. No. 21) is hereby due by February 12, 2021.

Dated:    January 28, 2021
          New York, New York

                                        Victor Marrero
                                          U.S.D.J.