```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MOHAMMAD OMAR FAROQUE,                  :
                                        :
                    Plaintiff,          :
                                        :      19 Civ. 10608 (VM)
     - against -                        :          ORDER
                                        :
LENOX ROOM CORP., et al.,               :
                                        :
                    Defendants.         :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 27, 2021

VICTOR MARRERO, United States District Judge.

The conference currently scheduled for August 27, 2021 at 2:00 p.m. is hereby canceled.

Dated:    New York, New York
          27 August 2021

_____
Victor Marrero
U.S.D.J.